UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON, SR., | No. 2:13-cv-1951 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, et al., | |
| Defendants. | |

      Plaintiff is a Sacramento County Jail prisoner proceeding pro se with a civil rights claim pursuant to 42 U.S.C. § 1983. On October 1, 2013, the Magistrate Judge assigned to this case issued an order denying Plaintiff's September 19, 2013, "Motion Requesting Order For Law Library Access . . . ." ECF No. 6. On November 12, 2013, Plaintiff filed a request for reconsideration of that order. ECF No. 11.

      Local Rule 303(b) states that "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's Request for Reconsideration of the Magistrate Judge's October 1, 2013, Order is therefore untimely.

///
///
///
///

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's November 12, 2013, Request for
2 Reconsideration of Law Library Access, ECF No. 11, is DENIED.
3 Dated: January 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT