1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID ALLEN THOMPSON, SR.,                    No.  2:13-cv-1951 MCE CKD P

12               Plaintiff,

13        v.                                         ORDER AND

14    SCOTT R. JONES, et al.,                        FINDINGS AND RECOMMENDATIONS

15               Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed

18    pursuant to 42 U.S.C. § 1983.  By order filed October 1, 2013, plaintiff's complaint was

19    dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

20    complaint.

21          The amended complaint states a cognizable claim arising under the First Amendment

22    against defendant McClary for McClary's seizing letters meant for persons outside of the

23    Sacramento County Jail.  Accordingly, the court will order that the U.S. Marshal attempt to serve

24    defendant McClary with process.

25          As for the other defendants identified in plaintiff's complaint, the complaint fails to state a

26    claim upon which relief can be granted.  With respect to plaintiff's claim concerning the opening

27    of his "legal mail," plaintiff is referred back to the court's October 1, 2013 screening order for

28    reasons why plaintiff fails to state an actionable claim.

                                                    1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Service is appropriate for defendant McClary.

3    2. The Clerk of the Court shall send plaintiff a USM-285 form, a summons, an instruction

4    sheet and a copy of the amended complaint filed February 24, 2014.

5    3. Within thirty days from the date of this order, plaintiff shall complete the attached

6    Notice of Submission of Documents and submit the following documents to the court:

7        a. The completed Notice of Submission of Documents;

8        b. One completed summons;

9        c. One completed USM-285 form; and

10        d. Two copies of the endorsed amended complaint.

11    4. Plaintiff need not attempt service on defendant McClary and need not request waiver

12    of service.  Upon receipt of the above-described documents, the court will direct the United States

13    Marshal to serve defendant McClary pursuant to Federal Rule of Civil Procedure 4 without

14    payment of costs.

15    IT IS HEREBY RECOMMENDED that defendants Jones, Pattison, Buehler, Steed and

16    Bilgeru be dismissed.

17    These findings and recommendations are submitted to the United States District Judge

18    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

19    after being served with these findings and recommendations, plaintiff may file written objections

20    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

21    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

22    time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

23    (9th Cir. 1991).

24    Dated:  April 28, 2014

25    _____
      CAROLYN K. DELANEY
26    UNITED STATES MAGISTRATE JUDGE

27    1
      thom1951.1
28

2

1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID ALLEN THOMPSON, SR.,                    No.2:13-cv-1951 MCE CKD P

12                  Plaintiff,

13           v.                                     NOTICE OF SUBMISSION OF
                                                    DOCUMENTS
14    SCOTT R. JONES, et al.,

15                  Defendants.

16

17          Plaintiff hereby submits the following documents in compliance with the court's order

18    filed _____ :

19          ____         completed summons form

20          ____         completed USM-285 forms

21          ____         copies of the _____

22                                      Complaint

23    DATED:

24

25

26

27                                     _____
                                       Plaintiff

28

                                            3