UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON, SR., | No. 2:13-cv-1951 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, et al., | |
| Defendants. | |

    Plaintiff has requested an extension of time to submit the documents necessary for service of process on defendant McClary. Good cause appearing, that request will be granted.

    Plaintiff also asks that the court order Sacramento County Jail officials to pay postage for correspondence plaintiff wishes to send to parties other than the court. Because there are no defendants in this action at this time and plaintiff does not have an attorney, the Sacramento County Jail is not required under plaintiff's First Amendment right of access to courts to pay for postage to any person or entity other than this court with respect to this action. Accordingly, plaintiff's request will be denied.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 27) is granted.

2. Plaintiff is granted 30 days to return to the court the documents necessary for service of process on defendant McClary. Failure to return the document within 30 days will result in a recommendation that this action be dismissed without prejudice.

3. Plaintiff's "motion requesting a court order for payment of postage for indigent legal mail" (ECF No. 26) is denied.

Dated: June 9, 2014

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

thom1951.36