UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON, SR., | No. 2:13-cv-1951 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, et al.,, | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 28, 2014, the Magistrate Judge filed Findings and Recommendations herein, ECF No. 24, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the Findings and Recommendations.

/////
/////
/////
/////
/////

1

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly:

1. The findings and recommendations filed April 28, 2014 (ECF No. 24), are ADOPTED IN FULL; and

2. Defendants Jones, Pattison, Buehler, Steed and Bilgeru are DISMISSED.

IT IS SO ORDERED.

Dated: September 3, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT