1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID ALLEN THOMPSON, SR.,                No.  2:13-cv-1951 MCE CKD P

12                  Plaintiff,

13         v.                                   ORDER

14   SCOTT R. JONES, et al.,

15                  Defendants.

16

17         Plaintiff has requested the appointment of counsel.  The United States Supreme Court has

18   ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

19   cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional

20   circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §

21   1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900

22   F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required

23   exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be

24   denied.

25   /////

26   /////

27   /////

28   /////

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

2    counsel (ECF No. 51) is denied.

3    Dated:  November 26, 2014

4    _____
     CAROLYN K. DELANEY

5    UNITED STATES MAGISTRATE JUDGE

6

7

8    1
     thom1951.31
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2