UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN THOMPSON, SR.,          No. 2:13-cv-1951 MCE CKD P

    Plaintiff,

  v.

SCOTT R. JONES, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

David Allen Thompson, Sr., CDCR # AU-9252, a necessary and material witness in a settlement conference in this case on February 12, 2015, is confined in Deuel Vocational Institution (DVI), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #9, 501 I Street, Sacramento, California 95814, on Thursday, February 12, 2015 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, DVI, P. O. Box 400, Tracy, California 95378:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 26, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE