UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON, SR., | No. 2:13-cv-1951 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, et al., | |
| Defendants. | |

Review of the court's docket reveals that this case has settled.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's November 6, 2014 motion for leave to amend is denied without prejudice; and

2. By July 1, 2015, the parties shall file a stipulation of dismissal or a status report as to why dismissal of this action is not yet appropriate.

Dated: February 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom1951.set