```
 1  DAVID ALLEN THOMPSON, SR.
    AU 9252
 2  P.O. Box 600
    Tracy, CA 95378-0600
 3
    Plaintiff in Pro Per
 4
    CREGGER & CHALFANT LLP
 5  ROBERT L. CHALFANT, SBN 203051
    Email:  rlc@creggerlaw.com
 6  JAROM B. PHIPPS, SBN 296612
    Email:  jp@creggerlaw.com
 7  1030 G Street
    Sacramento, CA 95814
 8  Phone: 916.443-4443
    Fax:  916.443-2124
 9
    Attorneys for Defendants
10  SUZANNE McCLARY
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON, SR., | Civil Action No.: 2:13-cv-01951 MCE CKD |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL; ORDER THEREON** |
| SCOTT R. JONES, RICK PATTISON, E. BUEHLER, KEVIN STEED, McCLARY, R. BILGERU, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs and attorneys' fees.

///

DATE: February 23, 2015

/s/ David Allen Thompson, Sr.
DAVID ALLEN THOMPSON SR.
Plaintiff In Pro Per

DATE: February 17, 2015          CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorney for Defendants

**ORDER**

Pursuant to the parties' stipulation, this action against Defendant SUZANNE McCLARY is dismissed with prejudice. All parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT